**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ANN HENRY,<br><br>      Plaintiffs,<br><br>vs.<br><br>YELLOW LINES LLC;<br>JOSE VICTOR GARCILAZO PALENCIA;<br>And DOES 1 through 50, Inclusive,<br><br>      Defendants. | No.  2:15-CV-02409-JAM-DB<br><br>**JOINT STIPULATION REGARDING BINDING ARBITRATION AWARD AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |

      Plaintiff SUSAN ANN HENTRY, and defendants YELLOW LINES LLC and JOSE VICTOR GARCILAZO PALENCIA (hereinafter "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement through the finding arbitration award in the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until defendants can fully perform their duties as required under the settlement agreement.  It is estimated that defendants will fully perform their duties on or before December 21, 2016.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Upon defendants' completion of their duties (as mandated under the binding arbitration award), and with two (2) weeks after said completion, plaintiff will file with this Court a *Joint Notice of Dismissal* with prejudice, to be signed by counsel for all Parties.

Dated:  September 20, 2016                         BARR & MUDFORD, LLP

    /s/  Troy Douglas Mudford
TROY DOUGLAS MUDFORD
Attorneys for Plaintiff,
SUSAN ANN HENRY

Dated:  September 20, 2016            CLAPP, MORONEY, VUCINICH,
                                      BEEMAN & SCHELEY

    /s/  Jeffrey M. Vucinich
JEFFREY M. VUCINICH
Attorneys for Defendants,
YELLOW ARROW LINES, LLC and
JOSE VICTOR GARCILAZO PALENCIA

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter until December 21, 2016, to allow for Defendants to fulfill their duties under the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  9/21/2016                           /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            UNITED STATES DISCTRICT COURT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
**Joint Stip Regarding Binding Arb Award; Req for Court to Retain Jurisdiction; Order Theron**